| | | | |
|---|---|---|---|
| John W. Barker | Gilbert H. Choi | Allen Alex † | *Of Counsel* |
| Gary W. Patterson, Jr.* | Joshua R. Cohen | Danielle Bennett ∆ | Mara Cella |
| Jeffrey R. Nichols* | Charles K. Faillace ± | Zach Benoit | Patricia M. Comblo ∷ ± |
| Mamie Stathatos-Fulgieri | William Gagas ± | Giovanna N. Bizzarro † | Brian DiPentima* |
| Dylan Braverman | Danielle M. Hansen | Theresa A. Bohm | Tricia M. Criscito |
| Kiki Chrisomallides* | Anna Hock | Angela R. Bonica * | Roseann V. Driscoll |
| Scott A. Singer | Thomas Jaffa | Kelly Bronner | Taryn M. Fitzgerald |
| Gregg D. Weinstock*** ■ ∷ | Gemma Kenney *** | Christine Crane * | Joseph D. Furlong |
| Adam S. Covitt ** | Douglas Langholz | Michael P. Diven * ** ∷ | Rani B. Kulkarni |
| Megan A. Lawless‡ | Jason Lavery * | Raymond Farrell † | Nicole E. Martone |
| | Timothy P. Lewis ¤ | Natasha Faisal † | Seema Palmerson |
| *Partner Emeritus* | Jennifer M. Lobaito * | Tyler M. Fiorillo | Carolyn Rankin |
| Alfred P. Vigorito | Rosemary E. Martinson | Jamie Gewurz | Nicole C. Salerno * |
| | Neil Mascolo, Jr. | Erisa Gjini † | Valerie L. Siragusa |
| Kevin D. Porter | Adonaid Medina* | Andrew M. Hansen ● | Diana V. Solla |
| Susan Vari | Michael Milchan | Lauren P. Ingvoldstad† | Deirdre Tobin |
| David W. Allen | Ralph Vincent Morales | Jillian Kuper | Karolina Wiaderna |
| Brian Andrews | Joseph P. Muscarella | Christian McCarthy | |
| Edward J. Arevalo | Vincent Nagler ** | Alexandra Nieto | * Also Admitted to Practice in NJ |
| Robert Boccio | Miles S. Reiner | Kayla Nieves * | ** Also Admitted to Practice in CT |
| Bruce M. Brady * | Bhalinder L. Rikhye | Daniel O'Connell * ■ | *** Also Admitted to Practice in NJ, CT, DC |
| Dawn Bristol | Leilani Rodriguez * | Kara Ognibene * | ¤ Admitted to Practice in NJ |
| Kenneth J. Burford | Lori Shapiro | Gunjan Persaud | ● Admitted to Practice in PA |
| | Matthew Shindell ‡ | Emily Phillips * | ■ Also Admitted to Practice in FL |
| | Tammy A. Trees | Alesha N. Powell * ** | ‡ Also Admitted to Practice in NJ and PA |
| | Nicole M. Varisco * | Veronika Tadros | ± Also Admitted to Practice in MA |
| | Arthur I. Yankowitz** | Claudine Travers | ∆ Admitted to Practice in FL |
| | | Jesse Wang * | ∆ Also Admitted to Practice in Ohio |
| | | Tyler Weingarten ‡ | ∷ Admitted to Practice in CO |
| | | Christopher Wood † | † Admission Pending |
| | | Samuel Youssof -- | |
| | | Alexandra Zerrillo * ** ∷ | |
| | | Spiridoula Zolotas † | |



**MEMO ENDORSED**

February 9, 2024

United States District Court
Southern District of New York
Judge Valerie Caproni
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/24

      Re:    Arch Specialty Insurance Company v. Project Renewal, Inc.
              Docket No.: 23-cv-10889

Dear Judge Caproni:

    We represent plaintiff Arch Specialty and request an adjournment of the February 16th conference for about 6 weeks. The defendant was served this week as there were efforts to resolve the and it is our understanding the defendant has not yet retained counsel.

    We appreciate the Court's consideration in this matter. Should you have any questions, please do not hesitate to contact the undersigned

Very truly yours,

*Gregg D. Weinstock*

Gregg D. Weinstock

Application GRANTED.  The Initial Pretrial Conference scheduled for **February 16, 2024** is ADJOURNED to **March 29, 2024** at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' joint submission must be filed no later than **March 21, 2024**.  For a list of the required contents of the joint submission, the parties are directed to the Notice of Initial Pretrial Conference at Dkt. 3.

SO ORDERED.      2/9/24

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE