**MEMO ENDORSED**



John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Mamie Stathatos-Fulgieri
Dylan Braverman
Kiki Chrisomallides*
Scott A. Singer
Gregg D. Weinstock*** ■ ::
Adam S. Covitt **
Megan A. Lawless‡

*Partner Emeritus*
Alfred P. Vigorito

Kevin D. Porter
Susan Vari
David W. Allen
Brian Andrews
Edward J. Arevalo
Robert Boccio
Bruce M. Brady *
Dawn Bristol
Kenneth J. Burford

Gilbert H. Choi
Joshua R. Cohen
Charles K. Faillace ±
William Gagas ±
Danielle M. Hansen
Anna Hock
Thomas Jaffa
Gemma Kenney ***
Douglas Langholz
Jason Lavery *
Timothy P. Lewis ¤
Jennifer M. Lobaito *
Rosemary E. Martinson*
Neil Mascolo, Jr.
Adonaid Medina*
Michael Milchan
Ralph Vincent Morales
Joseph P. Muscarella
Vincent Nagler **
Miles S. Reiner
Bhalinder L. Rikhye
Leilani Rodriguez *
Lori Shapiro
Matthew Shindell ‡
Tammy A. Trees
Nicole M. Varisco *
Arthur I. Yankowitz**

Allen Alex †
Zachary Benoit
Giovanna N. Bizzarro †
Theresa A. Bohm
Angela R. Bonica *
Kelly Bronner
Christine Crane *
Michael P. Diven * **
Raymond Farrell †
Natasha Faisal †
Tyler M. Fiorillo
Jamie Gewurz
Erisa Gjini †
Andrew M. Hansen ●
Lauren P. Ingvoldstad†
Jillian Kuper
Alexandra Nieto
Kayla Nieves *
Daniel O'Connell * ■
Kara Ognibene * ■
Gunjan Persaud
Emily Phillips *
Alesha N. Powell * **
Veronika Tadros
Claudine Travers
Jesse Wang *
Tyler Weingarten ‡
Christopher Wood †
Samuel Youssof --
Alexandra Zerrillo * ::
Spiridoula Zolotas †

*Of Counsel*
Danielle Bennett ∆
Mara Cella
Patricia M. Comblo :: ±
Brian DiPentima*
Tricia M. Criscito
Roseann V. Driscoll
Taryn M. Fitzgerald
Joseph D. Furlong
Rani B. Kulkarni
Nicole E. Martone
Christian McCarthy
Seema Palmerson
Bonnie LS. Parente
Carolyn Rankin
Nicole C. Salerno *
Valerie L. Siragusa
Diana V. Solla
Deirdre Tobin
Karolina Wiaderna

* Also Admitted to Practice in NJ
** Also Admitted to Practice in CT
*** Also Admitted to Practice in NJ, CT, DC
-- Admitted to Practice in NJ
● Admitted to Practice in PA
■ Also Admitted to Practice in FL
‡ Also Admitted to Practice in NJ and PA
± Also Admitted to Practice in MA
¤ Admitted in FL
∆ Also Admitted to Practice in Ohio
:: Admitted to Practice in CO
† Admission Pending

March 19, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2024
```

United States District Court
Southern District of New York
Judge Valerie Caproni
500 Pearl Street
New York, New York 10007

      Re: Arch Specialty Insurance Company v. Project Renewal, Inc.
        Docket No.: 23-cv-10889

Dear Judge Caproni:

  We represent plaintiff Arch Specialty and request an adjournment of the March 29th conference for about 4 weeks. The defendant was served and there is an agreement that they will answer by March 20. We would like to be able to review defendant's Answer before conferring with defendant re: the case management order due 8 days before the conference date.

  We appreciate the Court's consideration in this matter. Both parties consent to this request. Should you have any questions, please do not hesitate to contact the undersigned.

                Very truly yours,

                *Gregg D. Weinstock*
                Gregg D. Weinstock

cc: Via Pacer
   Schwartz, Conry & Hack, PC

Application GRANTED. The Initial Pretrial Conference scheduled for March 29, 2024 is ADJOURNED to April 26, 2024 at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' joint letter and proposed case management plan must be filed no later than April 18, 2024. For a list of the required contents of the joint submission, the parties are directed to the Notice of Initial Pretrial Conference at Dkt. 3.  The Court is unlikely to grant a further adjournment of the Initial Pretrial Conference absent good cause.

SO ORDERED.

*[signature]*  3/20/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE