USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCH SPECIALTY INSURANCE COMPANY,

                Plaintiff,

-against-

PROJECT RENEWAL, INC.,

                Defendant.

23-CV-10889 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court for a status conference (the "Conference") on September 27, 2024; and

WHEREAS Defendant indicated at the Conference that one additional deposition needed to be taken.

IT IS HEREBY ORDERED that Defendant must take the remaining deposition no later than October 31, 2024.

IT IS FURTHER ORDERED that Defendant's opposition to Plaintiff's Motion for Summary Judgment, Dkt. 25, must be filed by no later than December 6, 2024; Plaintiff's reply is due by December 20, 2024. The parties are encouraged to review the Undersigned's Individual Rules and Practices regarding Motions for Summary Judgment.

**SO ORDERED.**

Date: **September 27, 2024**
       **New York, New York**

                                        **VALERIE CAPRONI**
                                       **United States District Judge**