John W. Barker *
Gary W. Patterson, Jr. * ●
Jeffrey R. Nichols * ●
Mamie Stathatos-Fulgieri *
Dylan Braverman *
Kiki Chrisomallides * ●
Scott A. Singer *
Gregg D. Weinstock *●+¤
Adam S. Covitt *+●
Megan A. Lawless *●
Ralph Vincent Morales *

Kevin D. Porter *
Susan Vari *
Brian Andrews *
Jennifer Atchinson * ● Δ
Robert Boccio *
Dawn Bristol *
Gilbert H. Choi *
Joshua R. Cohen *
Tricia M. Criscito *
Brian DiPentima *●
Charles K. Faillace *
Taryn M. Fitzgerald *

Danielle M. Hansen *
Anna Hock *
Thomas Jaffa *
Gemma Kenney *●+
Douglas Langholz*
Timothy P. Lewis ¤
Jennifer M. Lobaito *●
Rosemary E. Martinson*●
Nicole E. Martone *
Neil Mascolo, Jr. *
Adonaid Medina *●
Michael Milchan *
Joseph P. Muscarella *
Miles S. Reiner *
Bhalinder L. Rikhye *
Nicole C. Salerno *●
Matthew Shindell ●Δ
Damien Smith *
Gonzalo Suarez *
Tammy A. Trees *
Karolina Wiaderna *¤
Arthur I. Yankowitz *+

BPN
Barker Patterson Nichols
STATHATOS-FULGIERI, BRAVERMAN, CHRISOMALLIDES, SINGER, WEINSTOCK, COVITT, LAWLESS, MORALES

Cielle Avena ●
Zachary Benoit *
Kelly Bronner *
Julia R. Bryant *
Stephen Casner ● Δ
Patrick Duffy †
Dante Eusebio †
Lauren P. Ingvoldstad†
Arijeta Kukic *
Patrick La Rosa *
Robert Lobaito *●
Roshni Master Δ
Rachel McGarry * ● Δ
Jeremy Moldovan * ● Δ
Alexandra Nieto *
Kayla Nieves *●
Gunjan Persaud *
Anna-Leah Poznanski †
Kevin Qu *
John Rohan *
Aiden Ryder Δ
Ryan Stempel †
Lawrence Suarez ¤
Nicole A. Wolfer *+
Brandon Wong *
Cayley Young *

*Of Counsel*
Theresa A. Bohm *
Angela R. Bonica *●+
Roseann V. Driscoll *
Joseph D. Furlong *
Jerica Gill *
John Katz *
Rani B. Kulkarni *
Daniel O'Connell *●¤
Seema Palmerson *
Bonnie LS. Parente *
Alesha N. Powell *●+
Valerie L. Siragusa *
Thomas W. Willis ¤
Samuel Youssof ●Δ
Alexandra Zerrillo *●+

* Admitted to Practice in NY
● Admitted to Practice in NJ
\+ Admitted to Practice in CT
Δ Admitted to Practice in PA
¤ Admitted to Practice in FL
†Admission Pending

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 11/3/2026

October 30, 2026

**VIA E-MAIL**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

**Re:** **Arch Specialty Insurance Company v. Project Renewal, Inc.**
**Civil Action No.: 1:23-cv-10889-VEC**

Dear Judge Caproni:

We respectfully submit this joint letter requesting an order extending the stay of proceedings in this case for a period of three months while the parties continue to pursue a resolution of this matter.

This is an insurance coverage dispute concerning the potential availability of coverage for a lawsuit, captioned *Ashleigh Skyers v. Project Renewal, Inc., et al.*, Index No. 20584/2019E, pending in the Supreme Court of the State of New York, County of Bronx (the "Underlying Lawsuit"). On September 25, 2024, Plaintiff Arch Specialty Insurance Company ("Arch") filed a motion for summary judgment in this action seeking a declaration that the Arch policy's Fungi and Bacteria Exclusion precludes coverage for the Underlying Lawsuit. On September 27, 2024, the Court ordered Defendant Project Renewal, Inc. ("Project Renewal") to take a deposition of an Arch witness no later than October 31, 2024 and file an opposition to Arch's motion for summary judgment no later than December 6, 2024. The Court previously entered an order staying this matter until November 1, 2026 so the parties could consider potential resolution. (Status Report, ECF No. 44).

Discovery and investigation in the Underlying Lawsuit is proceeding. The developments in discovery and investigation, including the retention of an infectious disease specialist, impact the potential resolution of this matter, which the parties continue to pursue. As a result, the parties believe it is appropriate to defer proceedings in this matter while the Underlying Lawsuit proceeds, including the Arch witness deposition and briefing of Arch's motion for summary judgment, while the process continues. To avoid unnecessary litigation costs, further burden to the Court, and to provide the parties the necessary

time to bring both this matter and the Underlying Lawsuit to a full and final resolution, the parties respectfully request entry of an additional three-month stay of all deadlines.

Thank you for the Court's attention to this matter.

Very truly yours,

*/s/ David F. Cutter*
David F. Cutter

*/s/ Evan S. Schwartz*
Evan S. Schwartz

/s/ *Gregg D. Weinstock*
Gregg D. Weinstock

Application GRANTED. This matter will remain stayed. The parties must provide a joint status report by **no later than February 1, 2027**.

SO ORDERED. 11/3/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE